Erica L. BANKS, Plaintiff—Appellee,

v.

CORRECTIONS CORPORATION
OF AMERICA, etc., et al.,
Defendants,

Corrections Corporation of America,
doing business as Delta Correction-
al Facility, Defendant—Appellant.

No. 06–60221.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2007.

James D. Harper, Stroud & Harper,
Southaven, MS, for Plaintiff–Appellee.

Jeffrey A. Walker, Butler, Snow,
O'Mara, Stevens & Cannada, Jackson, MS,
for Defendant–Appellant.

Before REAVLEY, JOLLY, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

The district court was correct in its con-
clusion that judicial estoppel was inappro-
priate because it properly found that, un-
der the facts of this case, Banks had no
motive to conceal her Title VII claim and

thus her failure to disclose it to the bank-
ruptcy court was inadvertent.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.